## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**A.L.**,

        Plaintiff,

        v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

Civil Action No. 24-9023 (ZNQ)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon A.L.'s [1] appeal of the Social Security Administration's ("Defendant") January 31, 2024 denial of her request for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401 *et seq*. (ECF No. 1.)  For the reasons set forth in the accompanying Opinion,

**IT IS** on this **31st** day of **OCTOBER 2025**,

**ORDERED** that the decision to deny Plaintiff A.L.'s request for Disability Insurance Benefits is **AFFIRMED**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court refers to Plaintiff by her initials given the privacy concerns that arise from social security cases.